■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADIB MARZUQ, Appellant. [777 NYS2d 641]—Judgment, Supreme Court, New York County (Bernard Fried, J., at suppression hearing; Michael J. Obus, J., at plea and sentence), rendered on or about March 5, 2003, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Tom, J.P., Mazzarelli, Andrias, Ellerin and Lerner, JJ.

■ JAMES SOOGRIM et al., Respondents, v UPGRADE CONTRACTING CORP., Appellant, et al., Defendant. [777 NYS2d 647]—

Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered on or about July 17, 2003, which, to the extent appealed from, denied summary judgment dismissing the complaint with respect to plaintiff Belfield, unanimously affirmed, without costs.

The evaluation by the responding plaintiff's treating physician was based on such objective medical evidence as MRIs, x-rays and EMG results (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]), and offered the opinion that the injuries were both related to the accident and permanent. This raises issues of fact as to whether this plaintiff sustained a "serious injury" within the meaning of Insurance Law § 5102 (d). Concur—Tom, J.P., Mazzarelli, Andrias, Ellerin and Lerner, JJ.